UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-148 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Orlando Ray Gray, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for a Final Order of Forfeiture. The parties agreed in the plea agreement that certain property was subject to forfeiture. (Docket No. 91 at 8-9.) On July 12, 2022, the Court ordered the preliminary forfeiture of the property. (Docket No. 95.)

The Government published a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on July 13, 2022, providing notice of the Government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property. No petitions were filed and the time for doing so has expired.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Final Order of Forfeiture (Docket No. 127) is **GRANTED;**

2. All right, title, and interest in the following property is hereby **FORFEITED** to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c):

   (a) a Hi-Point, Model C9, 9mm semi-automatic pistol, bearing serial number P10070812, together with ammunition; and

   (b) a Raven Arms, Model P-25, .25 caliber semi-automatic pistol, bearing serial number 558305, together with ammunition;

3. The United States shall dispose of the property described above in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:   March 29, 2023

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge